**ORIGINAL**

FILED

08 APR 29 AM 11: 13

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  Frederick S. Berretta (State Bar No. 144,757)
   fred.berretta@kmob.com
2  Boris Zelkind (State Bar No. 214,014)
   boris.zelkind@kmob.com
3  Cynthia Arko (State Bar No. 248,687)
   cynthia.arko@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   550 West C Street, Suite 1200
5  San Diego, CA 92101
   Telephone: (619) 235-8550
6  Facsimile:  (619) 235-0176

7  Attorneys for Plaintiff
   CVI LASER LLC

8

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                                          '08 CV 774   JAH BLM

13  CVI LASER LLC, a Delaware limited liability     )    Civil Action No.
    company,                                        )
14                                                  )
                                                    )    **COMPLAINT FOR PATENT**
15                Plaintiff,                         )    **INFRINGEMENT**
                                                    )
16        v.                                        )    **DEMAND FOR JURY TRIAL**
                                                    )
17                                                  )
    PHOTOP TECHNOLOGIES, INC., a                    )
18  California corporation,                         )
                                                    )
19                Defendant.                         )
                                                    )
20                                                  )
                                                    )
21

22

23

24

25

26

27

28

Plaintiff CVI Laser LLC, d/b/a CVI Melles Griot ("Melles Griot"), hereby complains of Defendant Photop Technologies, Inc. ("Photop" or "Defendant"), and alleges as follows:

### JURISDICTION AND VENUE

1.     This action arises under the Patent Laws of the United States, Title 35 of the United States Code.

2.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

3.     Venue is proper in this Judicial District under 28 U.S.C. §§ 1391 and 1400(b).

### THE PARTIES

4.     Plaintiff Melles Griot is a limited liability company organized and existing under the laws of the State of Delaware, headquartered at 200 Dorado Place SE, Albuquerque, New Mexico, 87123, and having a principal place of business in this District at 2051 Palomar Airport Rd #200, Carlsbad, California 92011.

5.     Melles Griot is the owner by assignment of United States Patent No. 6,724,787 ("the '787 patent"), duly and lawfully issued on April 20, 2004. A copy of the '787 patent is attached hereto as Exhibit A.

6.     Melles Griot is informed and believes, and thereon alleges, that Photop is a corporation organized and existing under the laws of the state of California, having a place of business at 260 North Wolfe Road, Sunnyvale, CA 94085.

7.     Melles Griot is informed and believes, and thereon alleges, that Photop conducts business throughout the United States, including in this Judicial District, and has committed the acts complained of in this Judicial District and elsewhere.

### ALLEGATIONS FOR ALL CLAIMS FOR RELIEF

8.     On April 20, 2004, the U.S. Patent and Trademark Office ("PTO") duly and lawfully issued the '787 patent entitled "Low Noise Solid State Laser." Melles Griot is the owner by assignment of the '787 patent. In 2006, Melles Griot provided a copy of the '787 patent to Defendant.

///

///

-1-

Complaint for Patent Infringement

9.     Defendant sells low-noise laser products that are covered by the '787 patent, including, but not limited to, the GDL line of laser products ("GDL products"), such as the Green Diode Laser Model No. GDL-7010EL, GDL-7020L, and GDL-7050L.

10.     Melles Griot is informed and believes, and thereon alleges, that Defendant, through its agents, employees and servants, has infringed Melles Griot's patent rights through Defendant's making, using, selling, importing and/or offering to sell low-noise lasers such as the GDL products.   Furthermore, this infringement has been willful, Defendant having received actual notice of Melles Griot's patent rights since at least 2006.

### FIRST CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 6,724,787)

11.     Melles Griot repeats, realleges, and incorporates by reference the allegations set forth in paragraphs 1 through 10 of this Complaint.

12.     This is a claim for patent infringement and arises under the Patent Laws of the United States, Title 35 of the United States Code.

13.     Melles Griot is informed and believes, and thereon alleges, that Defendant, through its agents, employees and servants, has been and is currently willfully and intentionally infringing the '787 patent by making, using, selling, importing and/or offering to sell low-noise laser products that are covered by at least one claim of the '787 patent, such as the GDL products. Defendant's acts constitute infringement of the '787 patent in violation of 35 U.S.C. § 271.

14.     Melles Griot is informed and believes, and thereon alleges, that Defendant's infringement will continue unless enjoined by this Court.

15.     Melles Griot is informed and believes, and thereon alleges, that Defendant has derived and received, and will continue to derive and receive, gains, profits and advantages from the aforesaid acts of infringement in an amount that is not presently known to Melles Griot.  By reason of the aforesaid infringing acts, Melles Griot has been damaged and is entitled to monetary relief in an amount to be determined at trial.

///

-2-

16.     Because of the aforesaid infringing acts, Melles Griot has suffered and continues to suffer great and irreparable injury, for which Melles Griot has no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, Melles Griot prays for judgment in its favor against Defendant for the following relief:

A.     An Order adjudging Defendant to have willfully infringed the '787 patent under 35 U.S.C. § 271;

B.     An Order adjudging Defendant to be liable for the acts of infringement of the '787 patent;

C.     An injunction enjoining Defendant, its subsidiaries, divisions, affiliates, officers, directors, agents, servants, employees and attorneys, and those persons in active concert or participation with Defendant, from directly or indirectly infringing the '787 patent in violation of 35 U.S.C. § 271;

D.     That Defendant account for all gains, profits, and advantages derived by Defendant's infringement of the '787 patent in violation of 35 U.S.C. § 271, and that Defendant pay to Melles Griot all damages suffered by Melles Griot;

E.     An Order for a trebling of damages and/or exemplary damages because of Defendant's willful conduct pursuant to 35 U.S.C. § 284;

F.     An Order adjudging that this is an exceptional case;

G.     An award to Melles Griot of the attorneys' fees and costs incurred by Melles Griot in connection with this action pursuant to 35 U.S.C. § 285;

H.     An award of pre-judgment and post-judgment interest and costs of this action against Defendant; and

I.     Such other and further relief as this Court may deem just.

///

///

///

///

Complaint for Patent Infringement

1

2

3  Dated: April 7, 2008

KNOBBE, MARTENS, OLSON & BEAR, LLP

By:_____
    Frederick S. Berretta
    Boris Zelkind
    Cynthia Arko

Attorneys for Plaintiff
CVI LASER LLC

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Patent Infringement

1

## DEMAND FOR TRIAL BY JURY

2
Plaintiff CVI Laser LLC hereby demands a trial by jury on all issues so triable.

3

4
KNOBBE, MARTENS, OLSON & BEAR, LLP

5

6
Dated: April 7, 2008              By: _____

7
Frederick S. Berretta
Boris Zelkind

8
Cynthia Arko

9
Attorneys for Plaintiff
CVI LASER LLC

10

11

12

13

14
5109192
040308

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Patent Infringement

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 150275    — MB
* * C O P Y * *
April 29, 2008
11:16:04**

**Civ Fil Non-Pris**
USAO #.: 08CV0774 CIVIL FILING
Judge..: JOHN A HOUSTON
Amount.:                    $350.00 CK
Check#.: BC11104

**Total—>   $350.00**

FROM: CVI LASER LLC VS PHOTOP
      TECHNOLOGIES, INC

≈JS 44 (Rev. 11/04)                        **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)   PLAINTIFFS | DEFENDANTS |
|---|---|
| CVI LASER LLC, a Delaware limited liability company | PHOTOP TECHNOLOGIES INC '08 CV 774 JAH BLM |
| | 08 APR 29 AM II: 12 |

| (b)   County of Residence of First Listed Plaintiff    San Diego | County of Residence of First Listed Defendant |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) CALIFORNIA |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| | DEPUTY |

| (c)   Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Frederick S. Berretta, Boris Zelkind; Knobbe Martens Olson & Bear LLP; 550 West C Street, Suite 1200; San Diego CA 92101  619-235-8550 | Unknown |

| II. BASIS OF JURISDICTION   (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question (U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN**   (Place an "X" in One Box Only)

☒ 1   Original Proceeding

☐ 2   Removed from State Court

☐ 3   Remanded from Appellate Court

☐ 4   Reinstated or Reopened

☐ 5   Transferred from another district (specify)

☐ 6   Multidistrict Litigation

☐ 7   Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 United States Code 271 et seq.
Brief description of cause:
Patent infringement

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND:  ☒ Yes   ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instructions):    JUDGE | DOCKET NUMBER |
|---|---|---|

DATE   4-7-2008                    SIGNATURE OF ATTORNEY OF RECORD   B Su

**FOR OFFICE USE ONLY**

RECEIPT #  150275   AMOUNT  $350—    APPLYING IFP    JUDGE    MAG. JUDGE

04/29/08   AB