

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

CVI LASER LLC, a Delaware limited liability company

vs

PHOTOP TECHNOLOGIES, INC., a California corporation.

FILED
08 APR 29 AM 11: 16
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 774 JAH BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Frederick S. Berretta and Boris Zelkind
Knobbe Martens Olson & Bear LLP
550 West C Street, Suite 1200
San Diego CA  92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 2 9, 2008
DATE

By J. HINKLE , Deputy Clerk