**ORIGINAL**

FILED
08 APR 29 AM 11:14
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Frederick S. Berretta (State Bar No. 144,757)
fred.berretta@kmob.com
Boris Zelkind (State Bar No. 214,014)
boris.zelkind@kmob.com
Cynthia Arko (State Bar No. 248,687)
cynthia.arko@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Telephone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
CVI LASER LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 774 JAH BLM

| | |
|---|---|
| CVI LASER LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PHOTOP TECHNOLOGIES, INC., a California corporation,<br><br>Defendant. | Civil Action No.<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1  Plaintiff, CVI LASER LLC (hereinafter "CVI"), hereby provides its Notice of Party with Financial Interest pursuant to Rule 40.2 of the Local Rules of this Court and Rule 7.1 of the Federal Rules of Civil Procedure.

Plaintiff, CVI, has no parent corporations and no publicly held corporation owns 10% or more of its stock.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 29, 2008       By: _____
                                  Frederick S. Berretta
                                  Boris Zelkind
                                  Cynthia Arko

Attorneys for Plaintiff
CVI LASER LLC

5108374
040308

-1-

Notice of Party with Financial Interest