1  Frederick S. Berretta (State Bar No. 144,757)
   fred.berretta@kmob.com
2  Boris Zelkind (State Bar No. 214,014)
   boris.zelkind@kmob.com
3  Cynthia Arko (State Bar No. 248,687)
   cynthia.arko@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   550 West C Street, Suite 1200
5  San Diego, CA  92101
   Phone: (619) 235-8550
6  Facsimile: (619) 687-0176

7  Attorneys for Plaintiff
   CVI LASER LLC
8
9
10
11              IN THE UNITED STATES DISTRICT COURT
12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
13
14 | CVI LASER LLC, a Delaware limited liability company, | ) Civil Action No. 08cv0774 JAH (BLM)
15 | Plaintiff, | ) **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)**
16 | |
17 | v. | ) Honorable John A. Houston
18 | PHOTOP TECHNOLOGIES, INC., a California corporation, |
19 | Defendant. |
20
21
22
23
24
25
26
27
28

1  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby gives Notice of Voluntary
2  Dismissal without prejudice of the above-captioned matter. Defendant has not made an
3  appearance in this action because Defendant has not been served with the Complaint.
4  Therefore, this Notice of Voluntary Dismissal is being filed "before service by the adverse
5  party of an answer or of a motion for summary judgment," pursuant to Fed R. Civ. P.
6  41(a)(1)(ii).

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 7, 2008         By: s/Boris Zelkind
                                  Frederick S. Berretta
                                  Boris Zelkind
                                  Cynthia Arko

                              Attorneys for Plaintiff
                              CVI LASER LLC

5684752_2
080708